Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
433 Town Center, No.: 493
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (FAX)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY GIANFRANCESCO, | Case No.: CV 12 0585 |
| Plaintiff, | |
| v. | **DISMISSAL WITH PREJUDICE** |
| WELTMAN, WEINBERG & REIS CO., an Ohio Corporation, | |
| Defendant. | |

Pursuant to FRCP 41(a), Plaintiff dismisses the herein lawsuit with prejudice.

Dated:   April 6, 2012                    /s/
                                                          Irving L. Berg

DISMISSAL WITH PREJUDICE

1